UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA HUTCHINSON, et al.,

      Plaintiffs,                             Case No. 1:18−cv−00647−JTN−ESC

v.                                         Hon. Janet T. Neff

MUSKEGON RIVER YOUTH HOME,
INC., et al.,

      Defendants.
_____/

## **NOTICE REGARDING ASSIGNMENT OF CASE**

      NOTICE is hereby given that the above−captioned case was filed in this court on June 8, 2018 . The case has been assigned to Janet T. Neff .

                                                      CLERK OF COURT

Dated: June 11, 2018         By:   /s/ C. Wenners_____
                                                  Deputy Clerk