# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: MUSKEGON RIVER YOUTH HOME, INC.,
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk _____ Date _____

## PROOF OF SERVICE

This summons for ____MUSKEGON RIVER YOUTH HOME, INC.,____ was received by me on _____.
(name of individual and title, if any)                                                          (date)

☐ I personally served the summons on the individual at _____
                                                            (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: DAWN KRUITHOFF
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk                    Date

## PROOF OF SERVICE

This summons for _____DAWN KRUITHOFF_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                     (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                             (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                    Server's signature

Additional information regarding attempted service, etc.:

                                                    Server's printed name and title

                                                    Server's address

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: BRANDON BEARD
ADDRESS: 3030 LONG LN
EVART MI 49631

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk _____ Date _____

## PROOF OF SERVICE

This summons for ___BRANDON BEARD___ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Server's printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: JENNIFER BISSET
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

By: Deputy Clerk _____ Date _____

## PROOF OF SERVICE

This summons for __JENNIFER BISSET__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: KENNETH VINCENT, JR.
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk            Date

## PROOF OF SERVICE

This summons for _____KENNETH VINCENT, JR._____ was received by me on _____.
(name of individual and title, if any)                                           (date)

☐ I personally served the summons on the individual at _____
                                                         (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                   (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                         _____
                                         Server's signature

Additional information regarding attempted service, etc.:

                                         _____
                                         Server's printed name and title

                                         _____
                                         Server's address

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: STEVE REED
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

By: Deputy Clerk _____ Date _____

## PROOF OF SERVICE

This summons for _____STEVE REED_____ was received by me on _____ (date).
(name of individual and title, if any)

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: DENNY ARMINGTON
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

By: Deputy Clerk                Date

## PROOF OF SERVICE

This summons for __DENNY ARMINGTON__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: KYLE VINCENT
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

By: Deputy Clerk          Date

## PROOF OF SERVICE

This summons for _____KYLE VINCENT_____ was received by me on _____.
(name of individual and title, if any)                          (date)

☐ I personally served the summons on the individual at _____ on _____.
                                                     (place where served)    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(name)                                                   (date)

☐ I served the summons on _____, who is designated by law to accept service of process on behalf of _____ on _____.
(name of individual)              (name of organization)           (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: DANIEL CONKLIN
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk _____ Date _____

## PROOF OF SERVICE

This summons for __DANIEL CONKLIN__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Server's printed name and title

Additional information regarding attempted service, etc.:

Server's address

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: ADAM BOZEMAN
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

By: Deputy Clerk _____ Date _____

## PROOF OF SERVICE

This summons for _____ADAM BOZEMAN_____ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____ on _____.
                                                        (place where served)   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                  (name)                                    (date)

☐ I served the summons on _____, who is designated by law to accept service of process on behalf of _____ on _____.
                           (name of individual)                                            (name of organization)   (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_Server's signature_

_Server's printed name and title_

Additional information regarding attempted service, etc.:

_Server's address_

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: SUSAN HAVELKA
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

By: Deputy Clerk _____ Date _____

## PROOF OF SERVICE

This summons for __SUSAN HAVELKA__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

LISA HUTCHINSON, et al.,

v.

MUSKEGON RIVER YOUTH HOME, INC., et al.,

Case No. 18-cv-00647
Hon. Janet T. Neff

TO: MATTHEW LORENZ
ADDRESS: 3030 LONG LN
EVART MI 49631

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GEOFFREY N. FIEGER (P30441)
GINA U. PUZZUOLI (P37992)
FIEGER LAW
19390 W. Ten Mile Road
Southfield, MI, 48075

CLERK OF COURT

_____
By: Deputy Clerk          Date

## PROOF OF SERVICE

This summons for _____MATTHEW LORENZ_____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                       (name of organization)             (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                          Server's signature

Additional information regarding attempted service, etc.:
                                         _____
                                          Server's printed name and title

                                         _____
                                          Server's address