UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LISA HUTCHINSON AND
JOHN VANDERPOOL, as Personal
Representatives of the Estate of
Jon Vanderpool, Deceased,**

      Plaintiff,

Case No. 18-cv-00647
Hon: Janet T. Neff

vs.

**MUSKEGON RIVER YOUTH HOME, INC.,
DAWN KRUITHOFF, BRANDON BEARD,
JENNIFER BISSET, KENNETH VINCENT, JR.,
STEVE REED, DENNY ARMINGTON,
STAFF KYLE VINCENT, STAFF DANIEL CONKLIN,
STAFF ADAM BOZEMAN, SUSAN HAVELKA, and
MATTHEW LORENZ, Individually and in their Official
Capacities, Jointly and Severally,**

      Defendants.

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that this matter has settled.

1. The Parties require two (2) weeks to acquire the necessary settlement documents.

2. The Parties require four (4) weeks to file a formal dismissal of this matter.

        Respectfully submitted,

*/s/ Nora Y. Hanna*
Geoffrey N. Fieger (P30441)
Nora Y. Hanna (P80067)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorney for Plaintiff
19390 W. Ten Mile Rd.
Southfield, MI 48075
(248) 355-5555

Dated: November 4, 2019

## CERTIFICATION OF SERVICE

I hereby certify that a true and accurate copy of the Notice of Settlement and this Certificate of Service has this 4th day of November 2019, was served upon the following:

John J. Gillooly (P41948)
GARAN LUCOW MILLER, P.C.
1155 Brewery Park Blvd., Suite 200
Detroit, MI  48207
(313) 446-5501 / (313) 259-0450 (fax)
jgillooly@garanlucow.com
***Attorney for Defendants***

by way of:   ☒ USDC PACER E-FILING   ☒ U.S. First Class Mail   ☒ Email

I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

*/s/ Regina Fuchs*
**Regina Fuchs**

{00797850.DOCX}  2